■ In the Matter of I. B. Simkowitz, Appellant, v State Division of Housing and Community Renewal, Respondent. No opinion. Concur —Kupferman, J. P., Asch, Kassal and Rubin, JJ.